AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Alicia Blue,
on behalf of Raymond Blue a minor

    Plaintiff

V.

**Commissioner of Social Security**

    Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-2966 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED, and**

☒ The clerk is directed to file the complaint, and

☒ **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 9th day of July, 2009

               _____
               Signature of Judicial Officer

               Katharine S. Hayden
               Name and title of Judicial Officer